```
         FILED       LODGED
         RECEIVED    COPY

         JUL 3 0 2019

       CLERK U S DISTRICT COURT
         DISTRICT OF ARIZONA
       BY_____ DEPUTY
```

UNITED STATES DISTRICT COURT

DISTRICT OF ARIZONA

**REDACTED FOR PUBLIC DISCLOSURE**

| | |
|---|---|
| United States of America, | No. CR-19-08124-PCT-DLR |
| Plaintiff, | **SUPERSEDING INDICTMENT** |
| vs. | VIO: 21 U.S.C. § 841(a)(1) and (b)(1)(A)(viii) (Possession With Intent to Distribute Methamphetamine, a Controlled Substance) Counts 1-3 |
| Scott Preston Jefferson, | |
| Defendant. | 18 U.S.C. § 924(c)(1)(A) (Possession/Use of a Firearm in a Drug Trafficking Crime) Count 4 |
| | 18 U.S.C. §§ 924(d) and 981, 21 U.S.C. § 853, and 28 U.S.C. § 2461(c) (Forfeiture Allegation) |

THE GRAND JURY CHARGES:

### COUNT 1

On or about November 13, 2018, in the District of Arizona, Defendant SCOTT PRESTON JEFFERSON knowingly and intentionally possessed with intent to distribute 50 grams or more of methamphetamine, its salts, isomers, and salts of its isomers, a Schedule II controlled substance.

In violation of Title 21, United States Code, Section 841(a)(1) and (b)(1)(A)(viii).

### COUNT 2

On or about December 13, 2018, in the District of Arizona, Defendant SCOTT

PRESTON JEFFERSON knowingly and intentionally possessed with intent to distribute 50 grams or more of methamphetamine, its salts, isomers, and salts of its isomers, a Schedule II controlled substance.

In violation of Title 21, United States Code, Section 841(a)(1) and (b)(1)(A)(viii).

## COUNT 3

On or about December 22, 2018, in the District of Arizona, Defendant SCOTT PRESTON JEFFERSON knowingly and intentionally possessed with intent to distribute 50 grams or more of methamphetamine, its salts, isomers, and salts of its isomers, a Schedule II controlled substance.

In violation of Title 21, United States Code, Section 841(a)(1) and (b)(1)(A)(viii).

## COUNT 4

On or about December 22, 2018, in the District of Arizona, Defendant SCOTT PRESTON JEFFERSON knowingly possessed and brandished a firearm during and in relation to a drug trafficking crime, and knowingly used and brandished said firearm in furtherance of such drug trafficking crime, that is, Possession with Intent to Distribute Methamphetamine, as alleged in Count 3 of this Indictment, a felony crime prosecutable in a Court of the United States.

In violation of Title 18, United States Code, Section 924(c)(1)(A).

## FORFEITURE ALLEGATION

1. The allegations contained in Counts 1-4 of this Superseding Indictment are hereby re-alleged and incorporated by reference for the purpose of alleging forfeitures pursuant to Title 18, United States Code, Section 924(d) and Title 28, United States Code, Section 2461(c).

2. Upon conviction for any offense set forth in this Superseding Indictment, Defendant SCOTT PRESTON JEFFERSON shall forfeit to the United States pursuant to Title 18, United States Code, Section 924(d) and Title 28, United States Code, Section 2461(c), any and all firearms, ammunition, and various property involved in or used in commission of

the offense, including, but not limited to:

- a Glock model 27 .40 caliber pistol, serial number KKM242 seized as evidence by law enforcement on December 22, 2018; and
- any ammunition and/or magazines also seized by law enforcement on December 22, 2018

3. If any of the property described above, as a result of any act or omission of the defendant:

   (a) cannot be located upon the exercise of due diligence;

   (b) has been transferred or sold to, or deposited with, a third party;

   (c) has been placed beyond the jurisdiction of the court;

   (d) has been substantially diminished in value; or

   (e) has been commingled with other property which cannot be divided without difficulty,

the United States of America shall be entitled to forfeiture of substitute property pursuant to Title 21, United States Code, Section 853(p), as incorporated by Title 28, United States Code, Section 2461(c).

All pursuant to Title 18, United States Code, Sections 924(d) and 981, Title 21, United States Code, Section 853, and Title 28, United States Code, Section 2461(c).

A TRUE BILL

*s/*
FOREPERSON OF THE GRAND JURY
Date: July 30, 2019

MICHAEL BAILEY
United States Attorney
District of Arizona

*s/*
CHRISTINA WU COVAULT
Assistant U.S. Attorney